# COMPLAINT
(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT WI
FILED
2018 OCT -9 A 10:12
STEPHEN C. DRIES
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

R.L. JR. Myrick

v.

(Full name of defendant(s))

State of Wisconsin

Case Number:

**18-C-1574**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   _____
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __State of Wisconsin__
   (Name)
   is (if a person or private corporation) a citizen of __United States of America__

Complaint – 1

    and (if a person) resides at N/A     (State, if known)

    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for State of Wisconsin

    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1989 I was arrested for burglary/vehicle theft - I had a trial (which was mistrialed), and a trial, where I was found guilty. Case number 89 CF 0057.

1991 I was sentenced to prison for 27 years, after presenting a criminal complaint alleging & ascertaining that Waukesha police, forged false police reports & false evidence - and that Antony Rosario (Public Defender) & Patrick Mahoney (District Attorney) engaged in misconduct in knowing

the latter.

At both trials police were allowed to state & testify a number of times, that they observed Nike footprints in snow while standing with Willie Truitt (layperson who called burglary in) Both Mahoney & Rosano purposely neglected to ask Willie Truitt, if he observed Nike prints in snow while standing & looking at footprints with police officers. Also there were no photos of Nike footprints in snow. Further I wrote for the weather report which states that at the time of the burglary, it was snowing.

In regards to the second crime scene, police (a number of polished & buffed police) gave the false impression on the witness stand, that not only had they had tracked Nike footprints for miles, but as if they had tracked Nike prints from one crime scene to another.

I also pointed out at sentencing that the mock jury was staged. Maybe the jury was briefed beforehand, that this was a test trial, because Rosario had me wear a shirt with "Momentum" printed on the back. Maybe they expected me to become angry, thereby stopping the whole sharade, or I would beg to take a guilty plea. Of all the times I have faced charges, this is the first time I have taken a case to trial.

Footnote: At sentencing there was these 2 very beautiful women sitting in the guest section. They appeared to be there to distract me from delivering the criminal complaint.

Footnote: D A Mahoney prosecuted my last case, where somehow my 8 year concurrent sentence turned into 8 yrs consecutive.

Between 89 & 92, at Waupun Correctional, I was constantly sending out criminal complaints to the Judical commission, Justice Dept, ACLU, NAACP & even F.B.I. Later I discovered that the notarized, certified letters I sent out were being retyped by Waupun Correctional staff; so as to make my issues groundless.

Basically Waupun staff sold me an old manual typewriter — and they in turn used the same type of manual to retype my criminal complaints & apply a forged signature. Corrections also conspired to obstruct justice by going in my room & destroying or taking mail I would get from the weather station etc.

One time I was out on the prison yard running around the track with Nike shoes on. As I was leaving, a guard rushed out with a camera looking as if he was going to take photos of my shoe print in snow.

Footnote: I sent out my legal mail certified, but sometimes I would either not recieve a receipt or the receipt did not have a red official postal stamp on it.

Overtime I sent Waukesha a motion to dismiss my 27 years. Me, Judge Gempler, the stenographer and a police officer, with an especially shiny nickle plated revolver were the only ones in the courtroom. I was suddenly afraid I was about to be shot. Judge Gempler turned down my motion.

Between 94-95 I was sent to the halfway house (St Johns). One day before going to work, I detoured & went to the federal courthouse, downtown Milwaukee. Aupon arriving, I discovered there was absolutely no one in the registers office. I rung the bell, & called, but no one came to the front desk. This was about one o'clock in the afternoon.

I was released from St Johns in 95. I was admitted to attend the Milwaukee Institute of Art & Design. Because of student complaints I was called to the admissions directors office, who stated that my portfolio wasn't big enough for me to be in MIAD. Maybe Waukesha or corrections who had set it up for me to be there, just wanted me to collect the $15,000+ that it takes for a semester.

1999, my senior year, I was suppose to go to New York studio art college, but I ended up committing a burglary/vehicle theft in Brookfield. A Professor told me, that he knew a student who had went to New York & got killed. On top of this I felt like a hypocrite before God, & I didn't care about going back to prison, because I felt like something bad was going to happen to me

3

The next day 2 Waukesha police (who also look like they wanted to hurt me) drove me back to Waukesha & put me in an **isolation** cell. The F.B.I. came to ask me if I wanted to make a statement. I said NO!!!

I was sitting, waiting in an interview room, suddenly Antony Rosano appeared proclaiming I was jeopardizing samples. I told him that I wasn't thinking about doing anything against anyones family, & that I had my own personal problems to worry about.

Later on, I went back to Waukesha to face the burglary charge. Judge Bassinette (on my MR papers, his name is suddenly Pauline) stated, "I'm not going to do Judge Gempler any favors". He gave me 10 years concurrent. Even though the vehicle theft was his jurisdiction, Judge Bassinette didn't say anything about me being sentenced for it in Racine.

Back at Waupun I halfheartedly requested to be sent to Supermax, because guards were denying, destroying or tampering with my mail. On the day I was suppose to leave an inmate came to my door & warned me not to drink the orange juice. Before I left I overheard a guard whispering, "Don't worry we will take care of him there."

Out the gate supermax staff launched this campaign of poking & podding to get me to be angry. This included poisoning my food - (causing me painful upset stomach & other times, intense dehydration. Chaplain Overbo would come to my cell & question mark my Christianity - the Physcologist would offer me unneeded medication over & over again

This was all Bad Karma, because this was just all before 9-11. The burglary/vehicle theft happened in Brookfield, but I ended up being arrested in Racine. Because of all the people who knew me at MJAD - Waukesha, was very afraid that I had come back to prison. They planned for me to escape from the Racine County jail.

The Racine County Judge - frustrated that I was not escaping, gave me 2 years consecutive for a vehicle theft that didn't even take place in her jurisdiction.

Back at Waupun, I recieved a phone call from Judge Gempler. I cryed & confessed that I was guilty of the burglary of 89. I was trying to convey a nonthreatening posture. Still and yet, Waupun staff gave me the cold shoulder. They wouldn't let me go back to my old job, they refused my library & hospital request!

When Brookfield police arrived to take me to court - they handcuffed me in front, with no leg irons. When they opened the door, I took off, running across the street. The officer didn't draw his revolver nor pursue me. I ran down a grassy fairway, at the end of which was a truck with the keys in it.

When I finally got home, my mother was insisting I go to Mississippi, but when Milwaukee P.D. came to the door, Moms turnt me in. I think also my niecee had called the police to get the award.

At the Milwaukee police station, I walked passed a door, & witnessed over 30 police. They all seemed to be waiting for me to spill the beans about connections at Waukesha, helping me to escape. I saw nothing!!!

4

I went to P.R.C. (Program Review Committee) + discovered; suddenly a razor I had used to sharpen a pencil, was a razor I intended to use as a weapon. Suddenly its recorded that, I pushed the Waukesha police when I escaped. I never touched this officer. - Suddenly I had a AODA need. I have never consumed drugs or alcohol in my whole life. - Now the records say I was drunk when Racine police arrested me.

Footnote: I told Racine police I was drinking because they took me to the owner's house, which the stolen truck- I jumped out of rolled down into a ditch + came out + hit his house. I told the house owner I was sorry + that I had been drinking. The police took a blood sample + at sentencing the judge pointed out that I had lied about **drinking**.

I told records all this. Records wrote Racine, + Racine wrote back claiming my sentencing transcripts were lost, even though Wis. statutes say sentencing records must be delivered to Warden.

If you now look at the rephotocopied Racine police reports the blood test results are unreadable. Ultimately I ended up taking AODA at Chippewa. When I got out, I had to pay over $600 dollars + take AODA classes at the MATC.

Because I feared for my life I wrote Waukesha in desperation, pleading with them to let the past go, + that if they really feared me, they should change the record. After this letter, I didn't write my family, or anyone else for my whole bit. I thought, surely I was going to die of food poisoning in Supermax.

<mark>Case 2:18-cv-01574-DEJ   Filed 10/09/18   Page 8 of 18   Document 1</mark>

When I finally got to Portage Correctional, I went to records, + discovered the Mistrial, Trial, + Sentencing transcripts are missing for Waukesha. Part of the statement I gave to the Racine parole agent is missing. These papers are rephotocopied as well.

There are no fresh signatures by Shamid Rivera (Parole agent between 95 to 98) on any revocation papers. All the revocation papers by her are redone as photocopies — with her signature being lifted + put on a report that reduces everything to just a criminal report. Shamid was always copying any check stub, college transcript, or award I recieved from MIAD. None of these copies are on record anymore. Even her signature on my offical revocation papers is a photocopy.

2013 I was released to Milwaukee. It was extremely hard for me to get a job. I started dumpster diving for aluminum cans. One day while looking for cans up at M.S.O.E. I discovered an extremely large 44 Magnum up under a dumpster. It made me feel like someone was planning for me to be susdiical or murderous.

I would go to the YMCA to log on for jobsearch and after 2 days, I wouldn't be able to send my resume. I went to Gensis work program, + the director sent me to Milwaukee Works. I worked for about 3 weeks without pay, then someone at their Bible study handed me a note which stated, Gensis lied to you, + that I wasn't suppose to recieve paid work. I went back to Gensis to ask why, but the director

5

just showed me how to tie a tie really tight. He actually pushed me toward the door claiming I was ready for MacDonalds. I went to WCS work program (at the suggestion of Helen (Parole Agent). I was very reluctant about using my Google password to send info for a job. One day the chief computer guy claimed, "Awesome zoo job opening - send resume". Over & over again, I tryed to send my resume, but could not. My new password didn't work after that either.

For about 2 years, I stayed at this rooming house on Galena St. Craig the renter, arrived with a body guard & rented me a room for $350. That night, I discovered my room infested with bedbugs. I used mothballs & bleach to get rid of them. Maybe about a week later an Eastern block European came to occupy the room next to me for only $300.

One day he came out of his room, welding a brand new shotgun. He proclaimed how he was ready for any threat in the ghetto. Although he claimed he worked for the post office- his conversation was confrontational like a police officers. On another occasion, he came home with a rabbit; which he claimed he had just found on the street. He never cleaned up after this rabbit & sometimes he would leave his door open while he slept naked.

It was a whole year before I got a job with Knights Chemicals, through Custom Staffing. For about 4 years I lifted 50lb bags of calcium chloride. Cory the supervisor was always trying to overwork me, to Nick the manager was always trying to generate sometype of confrontational conflict over my work or mistakes. They all acted like they knew I was a political prisoner by tampering with my food or putting salt in my clothes or shoes.

One day I was riding my bike down 5th & Wisconsin on a green light. A lady on purpose turnt her car right into my bike. I quit Knights Chemicals & spent the summer nursing my back & leg back to health.

Maybe over a year later, I was riding my bike at Silverspring & Bayshore, & a black couple came speeding past a stop sign - they hit me - I fell off my bike. Through the daze of being hit, I could still see the car purposely still rolling over my bike. Because of my extreme duress, I have been reluctant about filing insurance claims. All the oppression in totality causes me to be a passive observer. Also I am paralyzed by confusion because on one hand I must deal with being hit & filing an insurance claim - & on the other hand being provoked to get revenge because people control my food, clothing, shelter & job (my civil & constitutional rights).

A number of events befell me at the bed bug house. Once I went out to dumpster dive at 3 o'clock AM & suddenly a car sped past my bike, cutting off my path. Two young men got out cussing at me. I ditched my bike & started running. One attacker caught up with me & put a gun to my head, demanding I stop. I kept running- suddenly he faded away, & the other guy came running alongside me, trying to trip my legs. I jumped over his kick & kept running until I was between houses alone.

6

Sometimes I would wake up at one or 3 o'clock AM & my cell phone would light up without me touching it. My sister claimed someone was tracking me.

Because Craig the renter failed to pay taxes, suddenly I had an eviction notice. I was not allowed by Housing Authority to rent, even though I told them I could still pay $350! They wanted me to pay $600.

Before I was evicted from the rooming house, I went to Germantown & brought a stepvan from James- (owner of Meyers Trucking) for $9,000 without any warranty or grantees. In order to expedite me moving from the bed bug house someone broke & shattered the drivers side window.

I live in this truck & I park in abandoned parking lots or park & rides. One day a black businessman came to my truck pretending like he was interested in my truck. He told me how he purchased the same 92 International for less than $3,000. I have seen his truck, because I use to go to his barbecue resturant on work break. His business is only 4 blocks from Knights Chemical.

Sometimes I leave my truck & I purposely lock it but when I come back, the door is unlocked. Sometimes I get sick from my food & water, to the point that I fear for my life. This has also happened at the bed bug house. Sometimes my clothes, artwork, tools, chainsaws, or truck is comprimised or tampered with.

One day the throttle lever & starter pulley failed all in one day on my generator. I sent it in for repairs & got back a repair invoice, which

Case 2:18-cv-01574-DEJ   Filed 10/09/18   Page 12 of 18   Document 1

states," Machine has been tampered with."

As if by purposeful sabertage, my MR. Buddy propane heater failed on a minus zero night.

On 2 different occasions, as I was returning to my truck, I observed a white women next to her car, next to my truck. She was taking off blue sanitary gloves, watching me in an air of utter provocation. I had already deduced there was duplicate keys made for my truck, since James of Meijers Trucking told me how he was connected (Waukesha). I also remember Craig the renter asking me for the key to my room, so he could make a duplicate key.

My parole agent (Helen) gave me the novel 1984. In summary it includes punishing individualism + independent thinking as thought crimes - rewriting history or records + destroying any record so there is no proof of lying power for the powerful. Helen showed me on her computer that my 10 years concurrent has been changed to consecutive (Judge Bussinettee sentencing). I told her my sentence was concurrent + that my MR has been added too.

Sometimes money I debt from one bank account is not debted. I just take out money without any effect or change. Sometimes I discover that extra money has been debted from my account. Or I might debt one account but later discover the other account thats been actually been debted.

7

In order to get away from the oppression, conspiracy, retaliation, subterfuge, sabotage & subversion — I went to Madison. I got a job in less than 2 weeks. But when I went out & got a phone — Milwaukee came to Madison. After a week I couldn't call past or future employers. I got a job successfully without the phone. I worked for 7½ hrs - but the next day when I came to work, the employment agency claimed that I could no longer work or be payed for work done, because Homeland Security does not verify me for work.

I ended up calling the police to report that someone had hacked into my phone & was keeping me from calling the U.S. Dept of Homeland Security. The police didn't write down my complaint. I called the U.S. Dept of Homeland Security useing the Salvation Army's phone. I was put on hold & rerouted at least 3 times. I asked the lady was she actually located in Washington D.C. — she avoided answering me. I explained to her that I was a political prisoner in Wis. & that someone in Wisconsin Law Enforcement had put false information into Homeland Security Computers to keep me from working. If this lady was located in Wisconsin, it means someone intercepted my call to the U.S. Dept of Homeland Security, which is obstruction of Justice.

While in Madison I tryed to file for clemency. The governor doesn't do Clemency. I tryed to get the Justice Dept to put me on witness protection. The officers there claimed thats not their department. They kept asking me if I was seeing a psychologist to cope with my fears or complaint. I handed the one officer a notarized criminal complaint — which he was reluctant to take.

After being in Madison for a while someone was relentlessly going into my truck poisoning my food & water.

In order to make a living I have been doing art, & trying to sell art. I've been from Oshkosh to Baraboo, to Dodge County fairgrounds, to Madison Speedway, from Fitchburg to reedsbury. In all these places I experienced people protesting my art. At an Oshkosh art show there was a man mean mugging me visibly going around informing my people not to buy my art. I have made more money dumpster diving than selling art.

A day after I went to see my parole agent (Heather in Milwaukee) 8/11/2018 someone boldly edged up to my truck & stole my $600 generator. Suddenly my chainsaw needs a sprocket change. Maybe someone doesn't even want me to be a starving artist in Wisconsin.

I've written at length to present in totality why I am a political prisoner in Wisconsin. My oppression — the utter denial of my civil & constitutional rights is not just about officers of the court & law enforcement engaging in misconduct — (knowingly using false information in a criminal trial). Or corrections conspiring to falsify records.

Before I went home in 2013, corrections in their last acts of desperation to keep me in prison, stole my stereo, & my homemade fishing gear ($1,000 value).

You see before I was released, I wrote on my parole planning sheet (parole board hearing) that the reason I was purposely being delayed from being released was because Corrections along with Waukesha, & maybe MIAD, had spread lies about my status & condition in prison & the crimes I have committed.

8

A lot of students knew me at MIAD, & student concern caused those who fear me to use lies to separate me from student concern.

At supermax I recieved an application for a Gold card 2 times. At portage, (Amy) Social Worker, insisted that I sign a computer pad in order for me to see P.R.C. (Program Review Committee). These 2 incidents say something about student concern, & maybe a momentary gift that was concealed, diverted, or even destroyed. I do know that for my senior year, the 15,000], I was suppose to recieve to pay for my semester, was allotted before I entered prison. Supermax was denying or destroying my mail. They stop me from filing a deference or forbearance on my student loans.

On top of these lies, - At supermax I was made to take a D.N.A test - suddenly one day I recieved a notice that stated, "My mail is being monitored" - suddenly I recieved a notice stating I can't have any contact with minors. Since I've been on the streets I have been subject to a number of setup situations where I am suppose to be or act as either a documented pedafile or homosexual - which I am neither. So along with all the other lies there are the lies told about my person (defamation of character).

Footnote: My record should be investigated by forensic analysis & comparison.

Case 2:18-cv-01574-DEJ   Filed 10/09/18   Page 16 of 18   Document 1

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I hope the court has the power to order defendants too stop oppressing me, whether its my life, liberty or property. The Justice Dept. in Washington D.C. could probably accomplish this. I hope the court sees that I should be released from parole immediately. I also hope the court believes I should be awarded 50 million dollars, with the possiblity of negotiation by an appointed attorney — who might want to settle out of court.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___8___ day of __October__ 20_18_.

Respectfully Submitted,

_RL Mynick_
Signature of Plaintiff

_None_
Plaintiff's Telephone Number

_None_
Plaintiff's Email Address

_1525 N 24th St. #415_
_Milwaukee WI, 53205_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

This is my sister's address it may change in the near future. I live in my truck. I will come back & check on the status of this case.

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5